1  Kenneth E. Keller (State Bar No. 71450)
2  Kathy M. Sarria (State Bar No. 181322)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 249-8330
5  Facsimile:  (415) 249-8333

6  Attorneys for Plaintiff/Counter-Defendant
7  G&G Specialty Foods, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| G&G SPECIALTY FOODS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACK LINE CORP., a foreign profit corporation,<br><br>    Defendant. | Case No.:  CASE NO.: C 04-4975 SBA<br><br>**AMENDED STIPULATED DISMISSAL WITH PREJUDICE AND  ORDER** |
| PACK LINE CORP, a foreign profit corporation,<br><br>    Counterclaimant,<br><br>    vs.<br><br>G&G SPECIALTY FOODS, INC., a California corporation,<br><br>    Counterdefendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff/Counterdefendant G&G Specialty Foods, Inc. ("G&G") and Defendant/Counterclaimant Pack Line Corp. ("Pack Line"), through their designated counsel, that all remaining claims and counterclaims asserted in this action are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and (c) based upon the settlement of the parties hereto.  All parties to bear their own costs and attorneys' fees pursuant to their separately executed Settlement Agreement and Mutual Release.

The parties consent to and request that Magistrate Judge Edward M. Chen retain continuing exclusive jurisdiction over the parties and the subject matter hereto for the purpose of interpreting and enforcing the August 29, 2005 Settlement Agreement and Mutual Release.

STIPULATED AND AGREED:

Dated: October 31, 2005                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


                                       By _____/s/_____
                                          Kenneth E. Keller
                                          Attorneys for Plaintiff/Counterdefendant
                                          G&G Specialty Foods, Inc..


Dated: October 31, 2005                HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN


                                       By _____/s/_____
                                          Jeffrey E. Faucette
                                          Attorneys for Defendants/Counterclaimants
                                          Pack Line Corp.

## **[PROPOSED] ORDER**

The parties, by their counsel, having advised the Court that they have agreed to a settlement of this case, including all claims and counterclaims, and having entered into a Stipulation of Dismissal,

IT IS HEREBY ORDERED, upon the consent of the parties hereto, that:

1. This Court has jurisdiction of the subject matter of and the parties hereto and venue is properly laid in this district.

2. By the parties' consent and request, Magistrate Judge Edward M. Chen shall retain continuing exclusive jurisdiction over the parties and the subject matter hereto for the purpose of interpreting and enforcing the August 29, 2005 Settlement Agreement and Mutual Release.

4. All remaining claims and counterclaims asserted in this action are dismissed with prejudice.

5. Each of the parties hereto shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Dated: 11/1/05

*Saundra B. Armstrong*
_____
The Hon. Judge Saundra B. Armstrong
United States District Judge